USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Victoriano Tavarez, individually, and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>     -against-<br><br>Wicker Paradise, LTD.,<br><br>                      Defendant. | 1:21-cv-10040 (ALC) (SDA)<br><br>**RULE 502(d) ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

      It is hereby ORDERED as follows:

      1.      The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

      2.      Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**SO ORDERED.**

Dated:      New York, New York
                April 26, 2022

                                                                                             _____
                                                                             STEWART D. AARON
                                                                             United States Magistrate Judge